RECEIVED
IN MONROE, LA

APR 2 1 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| UNITED STATES | CRIMINAL NO. 07-30015 |
| VERSUS | JUDGE ROBERT G. JAMES |
| MARIEA I. DAVIS - 01 &<br>EMILY ANN GARDNER - 02 | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 79], together with the written objections thereto filed with this Court [Doc. No. 80], and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioners' motions under 28 U.S.C. § 2255 [Doc. Nos. 67 & 71] are DENIED.

MONROE, LOUISIANA, this 21 day of April, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT COURT